IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:19 CR 234 |
| | ) | Title 18, United States Code, |
| JOHANNES MAAS, | ) | Sections 2423(c) and (e) |
| | ) | |
| Defendant. | ) | JUDGE PEARSON |

### COUNT 1
(Engaging in Illicit Sexual Conduct in Foreign Places, and Attempting to do so
18 U.S.C. § 2423(c) and (e))

The Grand Jury charges:

1. From on or about September 10, 2014 to on or about February 19, 2016, Defendant JOHANNES MAAS, a United States citizen whose last known United States residence was in the Northern District of Ohio, Eastern Division, did travel in foreign commerce and reside, temporarily and permanently, in Thailand, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, Minor 1, and attempted to do so, in violation of Title 18, United States Code, Sections 2423(c) and (e).

### COUNT 2
(Engaging in Illicit Sexual Conduct in Foreign Places, and Attempting to do so
18 U.S.C. § 2423(c) and (e))

The Grand Jury further charges:

2. From on or about September 10, 2014 to on or about February 19, 2016, Defendant JOHANNES MAAS, a United States citizen whose last known United States residence was in the Northern District of Ohio, Eastern Division, did travel in foreign commerce and reside,

temporarily and permanently, in Thailand, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, Minor 2, and attempted to do so, in violation of Title 18, United States Code, Sections 2423(c) and (e).

A TRUE BILL.

Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.